IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| DEMARCUS C. RIDDLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  10-CV-1118 |
| CITY OF PEORIA POLICE OFFICER FAW, et al., | ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On April 27, 2010, *pro se* Plaintiff filed his Complaint herein requesting to proceed *in forma pauperis*.  Plaintiff's request to proceed *in forma pauperis* was denied by the Court by text order of May 6, 2010 setting a deadline of June 10, 2010 for payment of the filing fee in full.  The text order of May 6, 2010 advised if timely payment was not received, the case was subject to dismissal for want of prosecution.  As of this date, *pro se* Plaintiff has failed to comply with payment in proper form of the $350.00 filing fee.  The Court recommends that *pro se* Plaintiff's Complaint be dismissed for want of prosecution.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within

fourteen days after being served with a copy of this Report and Recommendation.  See 28 U.S.C. § 636(b)(1).  Failure to file a timely objection will constitute a waiver of objections on appeal.  <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986).  See Local Rule 72.2.

The Clerk of the Court is directed to send a copy of this Report and Recommendation to *pro se* Plaintiff at his last known address.

ENTER:   June 17, 2010


FOR THE COURT:            s/ Byron G. Cudmore

_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE